**Michael W. HOLSCHWANDER, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 03–3216.

United States Court of Appeals, Federal Circuit.

March 8, 2004.

Before CLEVENGER, RADER, and BRYSON, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

**Curtis SHAFFER, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 02–5030.

United States Court of Appeals, Federal Circuit.

March 8, 2004.

Before CLEVENGER, RADER, and BRYSON, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.